## Reliance Manufacturing Company *v.* McCurdy, Appellant (No. 2).

OPINION BY MORRISON, J., December 11, 1911:

For the reasons given in opinion this day filed, ante, p. 386, between the same parties (that case and this one being precisely alike) this judgment must be reversed.

The assignments of error are sustained and the judgment is reversed with a procedendo.